THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHELLE Fox, on Behalf of SAMY MARTINEZ-JACQUEZ, Appellant, v JOSEPH PONTE, Respondent. [53 NYS3d 544]—Appeal from judgment (denominated an order), Supreme Court, New York County (Larry R.C. Stephen, J.), entered on or about September 8, 2016, denying the petition for a writ of habeas corpus and dismissing the proceeding brought pursuant to CPLR article 70, unanimously dismissed, without costs, as moot.

This challenge to a bail court's refusal, on the ground of insufficient collateral, to approve a bail bond is moot because the bail court has entered a subsequent order that increased the amount of bail, and rendered the prior bond inapplicable. We do not find that an exception to the mootness doctrine should apply (*see Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). Furthermore, because the existence of the superseding order would make it impossible to grant petitioner immediate release, habeas corpus relief would not be available (*see People ex rel. Douglas v Vincent*, 50 NY2d 901 [1980]). Concur—Friedman, J.P., Gische, Kapnick, Kahn and Gesmer, JJ.